D. A. FETTE, M. E. Fette, R. E. Swank, M. E. Swank, M. C. Smith, R. W. Roe, a partnership doing business as Mueller Manufacturing Company, Appellants, v. PORTSMOUTH STEEL CORPORATION, an Ohio Corporation, Appellee.

No. 11060.

United States Court of Appeals
Sixth Circuit.
April 20, 1950.

Charles W. Gore, Benton Harbor, Mich., for appellants.

Linsey, Shivel, Phelps & Vander Wal, Grand Rapids, Mich., and Thompson, O'Neal & Smith, Indianapolis, Ind., for appellee.

Before MARTIN, McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

This cause came on to be heard and considered on the record and on the briefs and oral arguments of the attorneys for the contending parties;

And it appearing that, for the reasons well stated in the oral opinion of the District Court in which supporting authorities were cited, the order entered by the District Court sustaining the motion of the appellee, defendant below, to quash the summons was properly and providently granted;

The order quashing the summons and holding it for naught is affirmed.

Charles CUCKOVICH, Appellant, v. UNITED STATES of America, Appellee.

No. 11080.

United States Court of Appeals
Sixth Circuit.
April 11, 1950.

Walter E. Beckjord, Cincinnati, Ohio, for appellee.

Edward T. Kane, Detroit, Mich., for appellee.

Before SIMONS, MARTIN and McALLISTER, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the District Court of the United States for the Eastern District of Michigan, and was argued by counsel.

On consideration whereof, it is now here ordered and adjudged by this Court that the judgment of the said District Court in this cause be and the same is hereby affirmed.